LOUIS E. GARFINKEL, ESQ.
Nevada Bar No. 3416
LEVINE GARFINKEL & ECKERSLEY
8880 W. Sunset Road, Suite 290
Las Vegas, Nevada 89148
(702) 735-0451
(702) 735-2198  (Fax)
Attorneys for Defendant One Nevada Federal Credit Union

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH J. EWING,<br><br>Plaintiff,<br><br>vs.<br><br>ONE NEVADA CREDIT UNION, SYNCHRONY BANK / LOWES, and EXPERIAN INFORMATION SOLUTIONS, INC..<br><br>Defendants. | Case No.:   2:15-CV-00360-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT ONE NEVADA CREDIT UNION ONLY** |

IT IS STIPULATED by and between the Plaintiff Elizabeth J. Ewing ("Ewing") and Defendant One Nevada Credit Union ("One Nevada"), through undersigned counsel, that Plaintiff Ewing's claims against

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

Defendant One Nevada are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 7th day of June, 2015

KAZEROUNI LAW GROUP, APC

By: _____
Danny J. Horen, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117

and

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 130
Las Vegas, NV 89123
Attorneys for Plaintiff Elizabeth J. Ewing

Respectfully submitted:

LEVINE, GARFINKEL & ECKERSLEY

By: _____
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
8880 W. Sunset Road, Suite 290
Las Vegas, Nevada 89148
Attorneys for One Nevada Credit Union

DATED this 5th day of June, 2015

LEVINE GARFINKEL & ECKERSLEY

By: _____
Louis E. Garfinkel, Esq.
8880 W. Sunset, Suite 290
Las Vegas, Nevada 89148
Attorneys for One Nevada Credit Union

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: June 8, 2015