1  Danny J. Horen, Esq.
2  NV Bar No. 13153
3  Kazerouni Law Group, APC
   7854 W. Sahara Avenue
4  Las Vegas, NV 89117
5  Telephone: (800) 400-6808x7
   Facsimile: (800) 520-5523
6  danny@kazlg.com

7  *Attorneys for Plaintiff*

8
9              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
10

11  **ELIZABETH J. EWING,**
                                    **Case No.: 2:15-cv-00360-GMN-CWH**
12           Plaintiff,
                                    **STIPULATION OF DISMISSAL OF**
13           v.                     **DEFENDANT EXPERIAN**
                                    **INFORMATION SOLUTIONS, INC.**
14  **ONE NEVADA CREDIT**
15  **UNION, SYNCHRONY**
    **BANK/LOWES, and EXPERIAN**
16  **INFORMATION SOLUTIONS,**
17  **INC,**

18           Defendants.

19
20
21
22
23
24
25
26
27
28

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff ELIZABETH J. EWING ("Plaintiff"), and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), having reached settlement, stipulate to dismiss **Experian** from the above-captioned matter, **with prejudice** as to the Plaintiff's claims against Experian. Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 5, 2015

| KAZEROUNI LAW GROUP | JONES DAY |
|---|---|
| /s/ Danny J. Horen | /s/ Alyssa Staudinger |
| Danny Horen, Esq. | Alyssa Staudinger, Esq. |
| 7854 W. Sahara Avenue | 3161 Michelson Drive, Suite 800 |
| Las Vegas, NV 89117 | Irvine, CA 92612 |
| 800-400-6808 | 949.553.7523 |
| Email: danny@kazlg.com | Email: astaudinger@jonesday.com |
| Attorney for Plaintiff | Attorney for Experian |

IT IS SO ORDERED:

Experian is Dismissed from the instant matter, with Prejudice.

DATED: November 5, 2015

_____
Gloria M. Navarro, Chief Judge
United States District Court