David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Michael Kind, Esq.
NV Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH J. EWING, | Case No.: 2:15-cv-00360-GMN-CWH |
| Plaintiff, | |
| v. | |
| ONE NEVADA CREDIT UNION; SYNCHRONY BANK/LOWES; EXPERIAN INFORMATION SOLUTIONS, INC., | **STIPULATION OF DISMISSAL OF SYNCHRONY BANK/LOWES** |
| Defendants. | |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff ELIZABETH J. EWING ("Plaintiff") and Defendant SYNCHRONY BANK/LOWES ("SYNCHRONY"),

having reached settlement, stipulate to dismiss SYNCHRONY from the above-captioned matter with prejudice as to Plaintiff's claims against SYNCHRONY. Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 11, 2015

BY: /S/   Michael Kind
    Michael Kind, Esq.
    7854 W. Sahara Avenue
    Las Vegas, NV 89117
    Phone: (800) 400-6808 x7
    FAX: (800) 520-5523
    mkind@kazlg.com
    *Attorney for Plaintiff*

BY: /S/   Matthew Knepper
    Matthew Knepper, Esq.
    1160 Town Center Drive, Ste. 330
    Las Vegas, NV 89144
    702.634.5000
    Email:matthew.knepper@akerman.com
    *Attorney for SYNCHRONY BANK/ LOWES*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED  December 15, 2015

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 11, 2015, the foregoing STIPULATION OF DISMISSAL OF SYNCHRONY BANK/LOWES was served on all parties appearing in this case via CM/ECF.

                              KAZEROUNI LAW GROUP, APC

                              BY: /s/ Michael Kind
                                  MICHAEL KIND
                                  7854 W. Sahara Avenue
                                  Las Vegas, NV 89117